UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

TRACEY WARD-COLSTON and )
CHRIS COLSTON, )
             Plaintiffs, )
  vs. )   Case No. 05-658-CV-W-FJG
TEXACO, INC., *et al,*. )
             Defendants. )

## ORDER

Before the Court is a discovery dispute between Plaintiffs and Defendant Arrow Financial Service LLC. The nature of the dispute is the production of documents in the possession or control of Arrow Financial Service LLC that relate to Plaintiffs and/or Texaco Account No. 53 2365 3237. Specifically, plaintiffs served Arrow Financial Services with the following document requests:

> Request No. 2 Provide a complete copy of all computer notes, written notes, emails, and written documentation concerning Texaco Account No. 53 2365 3237
>
> Request for Production No. 4: Provide a copy of all information you provided to any credit reporting agencies concerning plaintiffs and/or Texaco Account No. 53 2365 3237.
>
> Request for Production No. 5: Provide a copy of all information you received from any credit reporting agency concerning plaintiffs and/or Texaco Account No. 53 2365 3237.
>
> Request for Production No. 6: Provide a copy of all information you received from any person or entity concerning plaintiffs or Texaco Account No. 53 2365 3237.
>
> Request for Production No. 7: Provide a copy of all applications, bills, correspondence, and written or electronic/computer documentation concerning Texaco Account No. 53 2365 3237.
>
> Request for Production No. 8: Provide a copy of the application for the Texaco Account No. 53 2365 3237 credit card.
>
> Request for Production No. 9: Provide a copy of all documents whether written or electronic that concerns an attempt to collect the debt for Texaco Account No. 53 2365 3237 credit card.

1

Request for Production No. 15: All documents, computer files and files related to Texaco Account No. 53 2365 3237, as referenced in Plaintiffs' Complaint.

Request for Production No. 25: All documents, electronic or otherwise, that reference or memorialize any communication between you and any other individual or entity concerning Plaintiff Tracey Colston, Chris Colston, or the Texaco account described in Plaintiffs' Complaint.

Request for Production No. 29: All telephone logs or recordings that reference any communication concerning Plaintiffs or the Texaco account referenced in Plaintiffs' Complaint.

Request for Production No 1 (May 2006 Request): All documents received from or sent to Associates National Bank and its successors regarding Texaco Account No. 53 2365 3237

The Court having conducted a telephone conference with the parties pursuant to Local Rule 37.1 and hearing arguments from counsel, the Court finds the documents requested are relevant and should be produced, and therefore, **IT IS ORDERED THAT** Arrow Financial Services LLC shall produce all records, documents, logs, and computer files responsive to the above Requests For Production within 14 days of the date of this Order.

/s/Fernando J. Gaitan, Jr.
U.S. District Judge

Dated: June 16, 2006
Kansas City, Missouri